**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02582-CMA-MJW

MICHAEL CARR, an individual, and
FREDERICK BACHHUBER, an individual,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendant.

---

**ORDER REGARDING JOINT STIPULATION OF THE PARTIES**

---

    Pursuant to the Joint Stipulation of the parties (Doc. # 26), and for good cause shown, the Court hereby

    ORDERS that any future proceedings on Plaintiffs' Motion for Summary Judgment (Doc. # 11) and Defendant's Cross Motion for Summary Judgment (Doc. # 17) are stayed.  It is

    FURTHER ORDERED that appropriate dismissal papers are to be filed in this matter no more than 30 days from the date of this Order.

    DATED:  March __08__, 2013

                                    BY THE COURT:

                                      CHRISTINE M. ARGUELLO
                                      United States District Judge